[No. 17693-2-III.     Division Three.     July 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LYNN HOLT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-01058-1, Michael W. Leavitt, J., entered July 17, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[Nos. 20934-9-II; 22194-2-II.     Division Two.     July 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ARMON HALL, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 96-1-00042-8, Bruce W. Cohoe, J., entered July 8, 1996 and June 24, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 22441-1-II.     Division Two.     July 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY M. BANGS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-1-00088-4, James B. Sawyer II, J., entered August 29, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Seinfeld, J.